No. 73–6526. Geiger *v.* Wainwright, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 73–6528. Jenkins *v.* Wainwright, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 73–6529. Cockshutt *v.* McCarthy, Men's Colony Superintendent. C. A. 9th Cir. Certiorari denied.

No. 73–6539. Morgan *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 73–6542. Gause *v.* Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 73–6546. Calia *v.* Oregon. Sup. Ct. Ore. Certiorari denied.

No. 73–6547. Imeson *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 73–6559. Mahoney *v.* Cardwell, Warden. C. A. 9th Cir. Certiorari denied.

No. 73–6570. Hall *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 72–863. Fiorella et al. *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–1267. Cuzzo *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.